IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Jesus Sevilla,

    Plaintiff,

  v.                          Case NO. 2:15-cv-2979

Ron O'Brien, et al.,

    Defendants.

## ORDER

Plaintiff, who unsuccessfully pursued the instant civil rights action under 42 U.S.C. §1983, filed a motion to vacate court costs, requesting a court order that no further deductions be made from his prison account for the payment of the filing fee in this action. On February 16, 2018, the magistrate judge filed a report and recommendation in which she recommended that plaintiff's motion to vacate court costs be denied.

The report and recommendation specifically advised the parties that objections to the report and recommendation were due within fourteen days, and that the failure to object to the report and recommendation "will result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court." Doc. 21, p. 3. The time period for filing objections to the report and recommendation has expired, and no objections to the report and recommendation have been filed.

Accordingly, the court adopts the report and recommendation (Doc. 21). The motion to vacate court costs (Doc. 20) is denied.

Date: March 12, 2018                s/James L. Graham
                                         James L. Graham
                                         United States District Judge